IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DOUGLAS DESEAN LOGAN, | * |
| Plaintiff, | * |
| v. | Case No.   5:24-cv-00352-MTT-ALS |
| | * |
| TYRONE OLIVER, | |
| | * |
| Defendant. | |

_____

### **J U D G M E N T**

Pursuant to this Court's Order dated January 29, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 29th day of January, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk